JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAROLE YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Operations, performing duties and functions not reserved to the Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 16-06587-DFM<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: October 18, 2018

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　DOUGLAS F. McCORMICK
　　　　　　　　　　　　　　　　　　United States Magistrate Judge